**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

Donald T. Kinsella
Senior Counsel
518.487.7664 phone
dkinsella@woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600

November 8, 2022

<u>VIA ECF</u>

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

  Re: <u>Homestead Funding Corp. v. Fairway Independent Mortgage Corporation</u>
    Civil No. 1:22-CV-853 (BKS/ML)

Dear Judge Lovric:

  This office represents Plaintiff Homestead Funding Corp. ("Plaintiff"). The parties jointly write to request an extension of discovery deadlines in the revised Uniform Pretrial Scheduling Order.

  The parties have scheduled a mediation before retired U.S. Magistrate Judge Randolph F. Treece on December 15, 2022. In order to facilitate mediation, the parties would like to respectfully request an extension of the deadline for joinder of parties and amendment of pleadings, from November 11, 2022, to January 13, 2023, so that the parties can put their effort into preparing for mediation and resolving this matter. The parties also would like to request an extension of the deadline for a status report, from December 12, 2022, to December 23, 2022, as the status report after mediation, to be useful, should update the Court about our mediation efforts. The remaining deadlines would remain the same.

  If this revised schedule meets with your approval, kindly "So Order" this letter in the space provided below.

  Thank you for your consideration in this matter.

          Respectfully submitted,

            _s/ Donald T. Kinsella_
          Donald T. Kinsella

November 8, 2022
Page 2

SO ORDERED:

_____   Dated: November 10, 2022
Hon. Miroslav Lovric, U.S. Magistrate Judge

cc:   Simone R. D. Francis, Esq. (simone.francis@ogletree.com)