

Donald T. Kinsella
Senior Counsel
518.487.7664 phone
dkinsella@woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600

January 20, 2023

**VIA ECF**

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

  Re: <u>Homestead Funding Corp. v. Fairway Independent Mortgage Corporation</u>
     Civil No. 1:22-CV-853 (BKS/ML)

Dear Judge Lovric:

  This office represents Plaintiff Homestead Funding Corp. ("Plaintiff"). The parties jointly write to request an extension of settlement and voluntary dismissal deadline of January 20, 2023 in Judge Sannes' Text Order dated December 20, 2022.

  The parties have reached settlement of this matter during the mediation on December 15, 2022. Since then, the parties have been diligently working on preparing the settlement agreement. The parties respectfully request additional three (3) weeks to finalize and execute the settlement agreement, make settlement payment and prepare and file voluntary dismissal notice, until February 10, 2023.

  If this revised schedule meets with your approval, kindly "So Order" this letter in the space provided below.

              Respectfully submitted,

              *Donald T. Kinsella*

              Donald T. Kinsella

cc: Simone R. D. Francis, Esq. (simone.francis@ogletree.com)
   Matthew Gizzo, Esq. (matthew.gizzo@ogletree.com)

**SO ORDERED** this __23rd__ day of January, 2023.

                  *Miroslav Lovric*
              Hon. Miroslav Lovric, U.S. Magistrate Judge