UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HOMESTEAD FUNDING CORP., | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |
| Plaintiff, | |
| -against- | Case No. 1:22-cv-00853-BKL-ML |
| FAIRWAY INDEPENDENT MORTGAGE CORPORATION, | |
| Defendant. | |

---

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as counsel for the parties hereto, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-entitled action is hereby voluntarily dismissed, with prejudice, against Defendant Fairway Independent Mortgage Corporation, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as against any party.

| | |
|---|---|
| WHITEMAN OSTERMAN & HANNA LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ *Donald T. Kinsella* | By: /s/ *Simone R. D. Francis* |
| Donald T. Kinsella | Simone R. D. Francis |
| Anna V. Pinchuk | Matthew P. Gizzo |
| One Commerce Plaza | 599 Lexington Avenue, 17th Floor |
| Albany, New York 12260 | New York, New York 10022 |
| 518-487-7600 | 212-492-2500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: Albany, New York | Dated: New York, New York |
| February 8, 2023 | February 8, 2023 |

IT IS SO ORDERED:

Brenda K. Sannes
Chief U.S. District Judge

Dated: February 9, 2023
Syracuse, NY